IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:24CR3090** |
| vs. | **FINAL ORDER OF FORFEITURE** |
| BRANDON LYLE BAHENSKY, | |
| Defendant. | |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 77). Having reviewed the record in this case, the Court finds as follows:

1.      On February 19, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $1,044.00 in United States currency. (Filing No. 67).

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on February 27, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. The United States filed a Declaration of Publication on May 21, 2026. (Filing No. 76).

3.      The United States advises the Court that no party has filed a petition regarding the subject Property. (Filing No. 77 at 1). From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Motion for Final Order of Forfeiture should be granted. Accordingly,

**IT IS ORDERED:**

1.   The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 77) is granted;

2.   All right, title and interest in and to the $1,044.00 in United States currency which was seized from the Defendant, held by any person or entity are forever barred and foreclosed;

3.   The $1,044.00 in United States currency is forfeited to the Government; and

4.   The Government is directed to dispose of the property in accordance with the law.

Dated this 27th day of May, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge